```
                            United States Bankruptcy Court
                            Southern District of Florida

In re:                                                          Case No. 14-12147-JKO
Ralph L Sanders                                                 Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 113C-0          User: weldonm              Page 1 of 1              Date Rcvd: Jan 30, 2014
                              Form ID: CGFI3             Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2014.
db           +Ralph L Sanders,    561 SW 60 Ave,    Plantation, FL 33317-3947
smg          +Broward County Tax Collector,    115 S Andrews Ave,    Ft Lauderdale, FL 33301-1818
smg           Florida Department of Revenue,    POB 6668,    Bankruptcy Division,    Tallahassee, FL  32314-6668
92014051     +Albertelli Law,    POB 23028,    Tampa, FL 33623-2028
92014052      Atty General of the US,    950 Pennsylvania Ave NW, #4400,    Washington, DC 20530-0001
92014053      Bank of America,    POB 15019,    Wilmington, DE 19886-5019
92014054     +Central Finl Control,    POB 66044,    Anaheim, CA 92816-6044
92014055     +First Federal Credit,    24700 Chagrin Blvd,    Cleveland, OH 44122-5662
92014059     +Sirote & Permutt PC,    200 E Broward Blvd #900,    Fort Lauderdale, FL 33301-1815
92014061     +Sprechman & Associates, PA,    2775 Sunny Isles Blvd, #100,    North Miami Beach, FL 33160-4078
92014062     +Stellar Recovery Inc,    1327 Highway 2 West,    Kalispell, MT 59901-3413
92014063     +US Attorney,    Southern District of Florida,    99 NE 4 St,    Miami, FL 33132-2131
92014064    ++WELLS FARGO BANK NA,     WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgage,    8480 Stagecoach Cir,    Frederick, MD 21701)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
92014056     +E-mail/Text: cio.bncmail@irs.gov Jan 31 2014 00:02:40      Internal Revenue Service,    POB 7346,
               Philadelphia, PA 19101-7346
92014057     +E-mail/Text: bankruptcydpt@mcmcg.com Jan 31 2014 00:03:51      Midland Credit Management,
               8875 Aero Dr, Suite 200,    San Diego, CA 92123-2255
92014060     +E-mail/Text: birminghamtops@sba.gov Jan 31 2014 00:04:46      Small Business Administration,
               801 Tom Martin Dr  #120,    Birmingham, AL 35211-6424
                                                                                             TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
92014058    ##+Pennymac Loan Services,    27001 Agoura Rd,    Calabasas, CA 91301-5339
                                                                                             TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2014                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2014 at the address(es) listed below:
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Robert J. Bigge Jr., Esq   on behalf of Debtor Ralph L Sanders brpa@biggerodriguez.com
              Robin R Weiner    ecf@ch13weiner.com;ecf2@ch13weiner.com
                                                                                             TOTAL: 3
```

CGFI3 (8/1/11)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 14−12147−JKO

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Ralph L Sanders
561 SW 60 Ave
Plantation, FL 33317

SSN: xxx−xx−6171

## NOTICE OF FILING OF CHAPTER 13 CASE AND
## NOTICE TO DEBTOR OF DEADLINE(S) TO CORRECT FILING DEFICIENCIES

**TO ALL PARTIES OF RECORD:**

**NOTICE OF FILING OF CHAPTER 13 CASE:** The above−named debtor filed a chapter 13 bankruptcy case on **January 29, 2014.** This notice is being provided to advise all parties of record of the filing of this case. Upon the filing of a plan by the debtor, a **Notice of Chapter 13 Case, Meeting of Creditors and Deadlines** will be issued by the clerk's office notifying creditors of the dates set for the meeting of creditors and confirmation hearing and establishing a deadline for filing a proof of claim. If you received this notice you may be a creditor in this case. The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, debtor's property and certain co−debtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**TO THE DEBTOR, Ralph L Sanders :**

**NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCIES: NOTICE IS HEREBY GIVEN TO THE DEBTOR(S)** that the above referenced case, which was filed on **January 29, 2014**, contains one or more filing deficiency(ies) which must be corrected. **Failure to correct a deficiency on or before the deadline posted below the listed deficiency may result in dismissal of this case without further notice.** Deficiencies in items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to an Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.flsb.uscourts.gov.

**DEFICIENCY(IES) in your case:** You must correct the following deficiency(ies) by the date indicated below each deficiency.

> **Chapter 13 Plan** (Local Form LF−31) was not filed with the petition.
> **Deadline to correct deficiency: 2/12/14**
>
> **Copies of all payment advices or other evidence of payment received within 60 days before the filing of the petition as required by 11 U.S.C. §521(a)(1)(B)(iv)** for the **Debtor**.
> See Bankruptcy Rule 1007(b) and (c) and Local Rule 1007−1(F). Payment advices are deficient as indicated:  **NOT FILED**
> **Deadline to correct deficiency: 2/12/14**

**Please also be advised** of the following local requirements when correcting any deficiency related to filing of petitions, schedules, statements or lists:

1. The Local Form "Debtor's Notice of Compliance with Requirements for Amending Creditor Information" (LF−04) and the Official Bankruptcy Form "Declaration Concerning Debtor's Schedules" must accompany the filing of any paper submitted subsequent to the filing of the initial service matrix. [See Bankruptcy Rules 1007 and 1009, and Local Rules 1007−2(B) and 1009−1(D)]. If the paper you are filing to correct the deficiency requires you to amend your service matrix, please review the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional format, fee and other requirements; and

2. The Local Form "Declaration Under Penalty of Perjury to Accompany Electronically Filed Petitions, Schedules and Statements" (LF−11) must accompany any electronically filed schedule or statement filed without an imaged signature.

**Dated:** <u>1/30/14</u>

**Clerk of Court**
By: <u>Melva Weldon</u> , Deputy Clerk

The clerk shall serve a copy of this notice on all parties of record.