UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:                                                          CASE NO. 14-12147-BKC-JKO

RALPH SANDERS,                                    In proceedings under Chapter 13
                                                                     BROWARD DIVISION
        Debtor.
_____/

*ANY INTERESTED PARTY WHO FAILS TO FILE AND SERVE A WRITTEN RESPONSE TO THIS MOTION WITHIN 14 DAYS AFTER SERVICE OF THIS MOTION SHALL, PURSUANT TO ADMINISTRATIVE ORDER 2013-1, BE DEEMED TO HAVE CONSENTED TO THE ENTRY OF AN ORDER IN THE FORM ATTACHED TO THIS MOTION*

**ATTORNEY-REPRESENTED DEBTOR'S VERIFIED MOTION FOR
REFERRAL TO LOSS MITIGATION MEDIATION**

The above-referenced Debtor requests the Court enter an Order of Referral to Loss Mitigation Mediation ("Order") referring Debtor and <u>WELLS FARGO HOME MORTGAGE</u> ("Lender") to loss mitigation mediation ("LMM") and states as follows:

1. Debtor is an individual who has filed for bankruptcy relief under, or converted to, chapter <u>13</u> on <u>January 29, 2014</u>.

2. Debtor requests LMM for real property ("Property") located at:

    561 SW 60 Ave, Plantation FL 33317  account number <u>7080143369122</u>.

    a. The property consists of 4 units or less and is (check one):

        **XX** The Debtor's primary residence

        ___ not the Debtor's primary residence

    b. Borrowers obligated on the promissory note and mortgage on the property are (check one)

        **XX** Debtor only

        ___ Debtor and non-filing co-obligor/co-borrower/third partY

       Contact information for co-obligor/co-borrower/third party:

       Name:_____
       Address:_____
       Phone Number:_____
       Email:_____

       ___ Other:_____

       c. If applicable, Debtor's attorney has simultaneously filed with this Motion the LMM Local Form "Consent to Attend and Participate in Loss Mitigation Mediation" signed by each co-obligor/co-borrower/third party listed above.

3.   Debtor intends to (check all that apply):

       **XX** modify the mortgage on the Debtor's primary residence (chapter 11, 12 or 13 only)

       ___ modify the mortgage on property that is not the Debtor's primary residence (chapter 13 only)

       ___ surrender the property to the Lender.

4.   Prior to filing this motion, the Debtor's attorney processed and uploaded Debtor's information using the Court-approved on-line program that facilitates the preparation of the Debtor's loan modification package (Document Preparation Software"). Debtor's initial loan modification forms have been generated and are ready for signature and submission. Debtor's attorney has also collected all of the required supporting documentation as required by the Document Preparation Software (such documentation and forms referred collectively to as "Debtor's Prepared Package") and is prepared to submit the supporting documentation along with the modification forms.

5.   Prior to filing this Motion, Debtor's attorney has determined that:

       **XXX** Lender is registered with the approved loss mitigation portal ("LMM Portal"). The Debtor's attorney will upload to the LMM Portal, Debtor's

        Prepared Package together with any additional forms or documents which Lender may post on the LMM Portal, within seven days after entry of the Order.

    ___ Lender is not registered. Debtor requests the Court to require Lender to register with the LMM Portal within seven days after the entry of the Order. Debtor's attorney will upload to the LMM Portal, Debtor's Prepared Package together with any additional forms or documents which Lender may post on the LMM Portal, within seven days after the Lender has registered.

6. Debtor requests Lender consider (check all that are applicable):

    **XX** a HAMP or government sponsored loan modification (chapter 11, 12 or 13 only)

    **XX** a conventional loan modification (chapter 11, 12 or 13 only)

    ___ a deed in lieu of foreclosure (chapter 7 or 13 only)

    ___ a state court consent *in rem* final judgment if foreclosure (chapter 7 or 13 only)

    ___ surrender incentives (chapter 7 or 13 only)

    **XX** other: any program available to modify mortgage. Reduce principal and/or reduce interest rate and/or reduce regular monthly payment

7. IF DEBTOR IS REQUESTING NON-RETENTION (SURRENDER) OPTIONS:

    a. Debtor will submit all additional documents required for a surrender as provided for on the LMM Portal.

    b. The Debtor represents that the property has been listed for sale.

8. Prior to filing this motion, Debtor remitted to Debtor's attorney the required non-refundable LMM Portal submission fee in the amount of $25.00 and the required non-refundable Document Preparation Software fee in the amount of $40.00 for a

   total fee of $65.00 dollars.

9. Prior to filing this motion, Debtor remitted the required Mediator's fee in the amount of $300.00 to Debtor's attorney, unless the Debtor is seeking pro bono mediation under paragraph 12. Debtor understands and acknowledges the Mediator's fee is not refundable for any reason at any time.

10. Debtor's attorney will remit the LMM Portal fee directly to the LMM Portal within seven days of the Order and upload the required documents as set forth in paragraph 5.

11. Debtor's attorney:

   **XX** will forward the Mediator's fee directly to the Mediator within seven days after entry of the Order; **OR**

   ___ represents that the Debtor requests he/she be considered as a candidate for pro bono mediation because the Debtor's undersigned attorney is representing the Debtor pro bono, or Debtor's income is less than 150% able the poverty level (see attached calculation).

12. Debtor consents to Lender communicating directly with Debtor's attorney for any and all aspects of the loss mitigation mediation program.

13. Debtor requests the Court appoint the following Mediator:

   MEDIATOR'S NAME: Maylene Abad

   ADDRESS: 4770 Hollywood Blvd, Hollywood, FL 33021

   TELEPHONE: 954-801-6749

   EMAIL ADDRESS: may6995@aol.com

14. Debtor's attorney has emailed a copy of this motion directly to the requested mediator at the email address listed above.

15. Debtor's attorney will upload the Order to the LMM Portal as part of the submission of Debtor's documentation.

**WHEREFORE,** Debtor requests that the Verified Motion be granted and for such other and further relief as this Court deems proper.

**DEBTOR'S VERIFICATION**

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury the foregoing is true and correct on  July 8, 2014 

/s/ RALPH SANDERS
Debtor

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the Debtor's Verified Motion for Referral to Loss Mitigation Mediation was served by U.S., first class mail, upon the parties listed below on  July 9, 2014 , and also by email to the Mediator identified above.

/S/ROBERT BIGGE
Robert Bigge, Esq.
FBN 906610
915 Middle River Dr #401
Fort Lauderdale, FL 33304
954-400-7322/ 954-400-5449
brpa@biggerodriguez.com

Copies to:

Ralph Sanders
561 SW 60 Ave
Plantation, FL 33317

Maylene Abad

4770 Hollywood Blvd

Hollywood, Florida 33021

Wells Fargo Bank, N.A.

Attention: Bankruptcy Dept.

MAC D3347-014

3476 Stateview Blvd.

Fort Mill, SC 29715

Wells Fargo Hm Mortgage

8480 Stagecoach Cir

Frederick, MD 21701