UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                                   CASE NO. 14-12147-BKC-JKO

RALPH L. SANDERS,                         In proceedings under Chapter 13
                                                                          BROWARD DIVISION

            Debtor.
_____/

## CERTIFICATE OF MAILING ORDER GRANTING DEBTOR'S MOTION TO AVOID JUDICIAL LIENS

     I HEREBY CERTIFY that a true and correct copy of **ORDER GRANTING DEBTOR'S MOTION TO AVOID JUDICIAL LIENS** was furnished by U.S. Mail to the parties on the attached mailing list on this 23RD day of MAY, 2014, and that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

                                                              Bigge & Rodriguez
                                                              Attorneys for Debtor
                                                              915 Middle River Drive
                                                              Suite 401
                                                              Fort Lauderdale, FL 33304
                                                              (954) 400-7322
                                                              (954) 400-5449 Fax

                                                              *By: /S/ ROBERT J. BIGGE, JR.*.
                                                                     ROBERT J. BIGGE, JR., ESQ
                                                                     Florida Bar No.: 906610

North Broward Hospital District
1625 SW 3 Ave
Ft Lauderdale, FL 33316

Midland Funding LLC
c/o Sprechman & Assoc, PA
2775 Sunny Isles Blvd #100
Miami, FL 33160

Ralph Sanders
561 SW 60 Ave
Plantation, FL 33317

Robin Weiner, Trustee
(electronically)

Office of the US Trustee
(electronically)