UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

RALPH L. SANDERS

CASE NO.:  14-BK-12147-JKO

CHAPTER:  13

Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**COMES NOW ALBERTELLI LAW,** attorneys for **The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD2**, and hereby enters its Notice of Appearance in the above-styled action.  In accordance with Rule 2002 of the Bankruptcy Rules the undersigned requests notice for the following notice in this case.

- Property Address:  561 SW 60 Ave, Plantation, FL 333173947
- Last Four Digits of Loan Number:  9122

The undersigned respectfully requests the following to be added to the Court's Mailing Matrix in according to Rule 2002(g):

Austin Noel, Esq.
**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743 ext. 2522
Facsimile: (813) 221-9171
bkfl@albertellilaw.com
Florida Bar No: 106539

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 7th Day of August, 2014, I served a copy of the foregoing upon:

**SERVICE LIST**

Ralph L. Sanders
561 SW 60 Ave.
Plantation, FL 33317

Robert J Bigge Jr., Esq
915 Middle River Drive Suite 401
Fort Lauderdale, FL 33304

Robin R Weiner
POB 559007
Fort Lauderdale, FL 33355

                                      Austin Noel, Esq.
                                      **Albertelli Law**
                                      Attorney for Secured Creditor
                                      PO Box 23028
                                      Tampa, FL 33623
                                      Telephone:   (813) 221-4743 ext. 2522
                                      Facsimile:   (813) 221-9171
                                      bkfl@albertellilaw.com

                                      By: /s/ Austin Noel
                                      Austin Noel
                                      Florida Bar No: 106539