

ORDERED in the Southern District of Florida on May 6, 2015.

John K. Olson, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.:  14-12147-BKC-JKO
PROCEEDING UNDER CHAPTER 13

IN RE:

RALPH L SANDERS
XXX-XX-6171

DEBTOR_____/

### ORDER SUSTAINING OBJECTION TO CLAIM

**THIS CAUSE** came to be heard on May 4, 2015 on Robin R. Weiner, Standing Chapter 13 Trustee's ("Trustee") Objection to Claim of Flagship Credit Acceptance, LLC and based on the record, it is

**ORDERED:**

1. The Trustee's Objection is **SUSTAINED**.

2. Court Claim number 7, filed by Flagship Credit Acceptance, LLC is stricken and disallowed.

###

ORDER SUSTAINING OBJECTION TO CLAIM
CASE NO.:  14-12147-BKC-JKO

**ORDER SUBMITTED BY:**

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
954-382-2001

**COPIES FURNISHED TO:**

**DEBTOR**
RALPH L SANDERS
561 SW 60 AVE
PLANTATION, FL  33317

**ATTORNEY FOR DEBTOR**
ROBERT J. BIGGE, JR., ESQUIRE
BIGGE & RODRIGUEZ, P.A.
915 MIDDLE RIVER DRIVE
SUITE 401
FORT LAUDERDALE, FL  33304

**CREDITOR**
Flagship Credit Acceptance, LLC
3 Christy Drive
Suite 200
Chadds Ford,  PA  19317

**ADDITIONAL CREDITORS**
Flagship Credit Acceptance LLC
c/o Corporation Service Co.
1201 Hays Street
Tallahassee,  FL  32301-2525

Michael C. Ritter, President
3 Christy Drive, Suite 201
Flagship Credit Acceptance, LLC
Chadds Ford,  PA  19317

**ROBIN R. WEINER** IS DIRECTED TO SERVE COPIES OF THIS ORDER UPON THE PARTIES LISTED AND FILE A CERTIFICATE OF SERVICE.