UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 14-12147-BKC-JKO
PROCEEDING UNDER CHAPTER 13

IN RE:

RALPH L SANDERS
XXX-XX-6171

DEBTOR_____/

**CERTIFICATE OF SERVICE**

**ORDER SUSTAINING OBJECTION TO CLAIM (DE #49)**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of the Pleading noted above was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 11th day of May, 2015.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

CERTIFICATE OF SERVICE
CASE NO.: 14-12147-BKC-JKO

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTOR**
RALPH L SANDERS
561 SW 60 AVE
PLANTATION, FL  33317

**ATTORNEY FOR DEBTOR**
ROBERT J. BIGGE, JR., ESQUIRE
BIGGE & RODRIGUEZ, P.A.
915 MIDDLE RIVER DRIVE
SUITE 401
FORT LAUDERDALE, FL  33304