UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                    Case No. 14-12147-BKC-JKO
                                                          BROWARD Division
RALPH L. SANDERS,                                         Chapter 13

_____ Debtor. _____/

**MOTION FOR ORDER AUTHORIZING SETTLEMENT
OF PROPERTY DAMAGE CLAIM**

COMES NOW, the Debtor, and files this Motion for Order Authorizing Settlement of Property Damage Claim, and in support thereof, states as follows:

1. This Court has jurisdiction over this matter pursuant 28 U.S.C. Sections 1334(b), 157(a),and 362(d) of Title 11, United States Code. Furthermore, this is a core proceeding pursuant 28 USC Section 157(b)(2)(G).

2. The Debtor's case is currently pending.   The Debtor had a pending property damage claim .   Attached as exhibit 1 is the proposed closing statement.

3. The Debtors shall receive proceeds from the settlement to repair his home in the sum of $22,588,90.    The checks are payable to the Debtor, the insurance adjuster and the mortgage company.

3. The attorneys, Childress Duffy LTD and Evan Wolfe, Esq., seek the approval of the sum of $11,044.12.

5. Bigge & Rodriguez, P.A. seek the approval of the sum of $525.00 for the instant Motion.

WHEREFORE, the undersigned requests this court to authorize the settlement allow the Atorneys Childress Duffy and Evan Wolfe, Esq. to retain his allowed fees and direct him to issue a check payable to Bigge & Rodriguez, PA Trust Account in the sum of $525.00.

I hereby certify that the motion and notice of hearing will be sent by U.S. Mail to the attached service list this 27th day of July 2015.  I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1 (A).

BIGGE & RODRIGUEZ
Attorneys for Debtor
915 Middle River Drive #401
Fort lauderdale, FL 33304
(954)400-7322
(954)400-5449 Facsimile
brpa@biggerodriguez.com

By:/S/ ROBERT J. BIGGE, JR.
    Robert J. Bigge, Jr.
    Florida Bar #906610

Ralph Sanders
561 SW 60 Ave
Plantation, FL 33317

Robin Weiner, Trustee
(electronically)

Office of the U.S. Trustee
(electronically)

Evan Wolfe, Esq.
Childress Duffy LTD
12000 Biscayne Blvd #206
Miami FL 33181

CHILDRESS DUFFY, LTD.
12000 Biscayne Boulevard, Suite 206
Miami, Florida 33181
Telephone: (786) 360-2677

**CLOSING STATEMENT**

RE:    RALPH SANDERS v. FIGA - OUR FILE NO:  008079-1

ADDITIONAL RECOVERY                                                  **$55,220.58**

LESS ATTORNEY'S FEES (20%)                          $11,044.12
    Childress Duffy, Ltd.     $8,283.09
    Evan Wolfe, Esquire     $2,761.03

LESS PUBLIC ADJUSTER'S FEE (10%)
    All Point Adjustments                                    $ 5,522.06

LESS UMPIRE'S FEE
    Suit Alternative Int'l, Inc.                             $ 1,250.00

LESS SBA LOAN REIMBURSEMENT                              $14,500.00

LESS COSTS:                                              $    315.50
    Clerk of Court (filing fee)          $256.00
    Leon County Sheriff                  $ 20.00
    Federal Express (Wachovia)           $ 15.00
    Wells Fargo (copies)                 $ 24.50

NET PROCEEDS TO CLIENT                                   **$22,588.90**

    I hereby acknowledge and accept the foregoing closing statement. Client further acknowledges that the settlement funds may be disbursed by the mortgage company.

CHILDRESS DUFFY, LTD

_____
Ralph Sanders                          By:_____
                                           Zorian Sperkacz, Esq.
Dated:_____
                                       Dated:_____

                                       By:_____
                                           Evan Wolfe, Esq.

                                       Dated:_____