UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: CASE NO. 14-12147-BKC-JKO

RALPH SANDERS, In proceedings under Chapter 13
BROWARD DIVISION

DEBTORS,
_____/

**CERTIFICATE OF MAILING NOTICE OF HEARING AND MOTION FOR ORDER AUTHORIZING SETTLEMENT OF PROPERTY DAMAGE CLAIM**

I HEREBY CERTIFY that a true and correct copy of the **NOTICE OF HEARING AND MOTION FOR ORDER AUTHORIZING SETTLEMENT OF PROPERTY DAMAGE CLAIM** was furnished electronically and by U.S. Mail to the parties on the attached mailing list on this 30TH day of JULY, 2015, and that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Bigge & Rodriguez
Attorneys for Debtor
915 Middle River Drive
Suite 401
Fort Lauderdale, FL 33304
(954) 400-7322
(954) 400-5449 Fax

*By: /S/ ROBERT J. BIGGE JR.*
ROBERT J. BIGGE JR., ESQ
Florida Bar No.: 906610

**Ralph Sanders**
**561 SW 60 Ave**
**Plantation, FL 33317**

**Robin Weiner, Trustee**
**(electronically)**

**Office of the U.S. Trustee**
**(electronically)**

**Evan Wolfe, Esq.**
**Childress Duffy LTD**
**12000 Biscayne Blvd #206**
**Miami FL 33181**