

**ORDERED in the Southern District of Florida on September 9, 2015.**

John K. Olson, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

RALPH L. SANDERS,

        Debtor.

_____/

CASE NO. 14-12147-BKC-JKO
In proceedings under Chapter 13
BROWARD DIVISION

### ORDER GRANTING DEBTOR'S MOTION FOR ORDER AUTHORIZING SETTLEMENT OF PROPERTY DAMAGE CLAIM

THIS CAUSE came before the Court on this 2ND day of September, 2015 on the Debtor's Motion for Order Authorizing Settlement of Property Damage Claim, and the Court based on the record, it is ORDERED ADJUDGED and DECREED that:

The Debtor's Motion for Order Authorizing Settlement of Property Damage Claim is GRANTED, and it is ORDERED AND ADJUDGED as follows;

1. The Debtor is authorized to settle the property damage claim for $55,220.58.

2. The Debtor's Attorneys, Zorian Sperkacz and Evan Wolfe of the Law Firm Childress Duffy, Ltd. is directed to retain their allowed fees in the amount of $11,044.12 and costs in the amount of $315.50.

3. The Debtor's Attorneys, Zorian Sperkacz and Evan Wolfe of the Law Firm Childress Duffy, Ltd. will issue a check made payable to Bigge & Rodriguez, P.A. in the amount of $525.00 for attorneys fees and costs.

4. The Debtor's Attorneys, Zorian Sperkacz and Evan Wolfe of the Law Firm Childress Duffy, Ltd. is directed to pay the Public Adjuster's Fee in the amount of $5,522.06, the Umpire's Fee in the amount of $1,250.00 and the SBA Loan Reimbursement in the amount of $14,500.00 and the remaining balance in the amount of $22,588.90 will be paid to the Debtor to repair his home.

Submitted By:

Robert J. Bigge, Jr., Esq.
Florida Bar No. 906610
Bigge & Rodriguez, PA
915 Middle River Dr., Suite 401
Fort Lauderdale, FL 33304
954-400-7322
brpa@biggerodriguez.com

Attorney, Robert J. Bigge, Jr. is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.

####

Case 14-12147-JKO    Doc 54    Filed 09/09/15    Page 3 of 3

Ralph Sanders
561 SW 60 Ave
Plantation, FL 33317

Robin Weiner, Trustee
(electronically)

Office of the U.S. Trustee
(electronically)

Albertelli Law
c/o Austin Noel, Esq.
POB 23028
Tampa, FL 33623

Atty General of the US
950 Pennsylvania Ave NW, #4400
Washington, DC 20530-0001

Bank of America
POB 15019
Wilmington, DE 19886-5019

Central Finl Control
POB 66044
Anaheim, CA 92816

First Federal Credit
24700 Chagrin Blvd
Cleveland, OH 44122

Internal Revenue Service
POB 7346
Philadelphia, PA 19101

Midland Credit Management
8875 Aero Dr, Suite 200
San Diego, CA 92123

Pennymac Loan Services
27001 Agoura Rd
Calabasas, CA 91301

Sirote & Permutt PC
200 E Broward Blvd #900
Fort Lauderdale, FL 33301

Small Business Administration
801 Tom Martin Dr  #120
Birmingham, AL 35211

Sprechman & Associates, PA
2775 Sunny Isles Blvd, #100
North Miami Beach, FL 33160

Stellar Recovery Inc
1327 Highway 2 West
Kalispell, MT 59901

US Attorney
Southern District of Florida
99 NE 4 St
Miami, FL 33132

Wells Fargo Hm Mortgage
8480 Stagecoach Cir
Frederick, MD 21701