UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                                    CASE NO 14-12147-JKO
RALPH L. SANDERS                                          CHAPTER: 13

      DEBTOR(S).
_____/

### MOTION FOR *IN REM* RELIEF FROM THE AUTOMATIC STAY (ON BASIS OF FINAL MMM REPORT INDICATING NO AGREEMENT)

COMES NOW, **The Bank of New York Mellon, f/k/a The Bank of New York, as successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD2, Asset-Backed Certificates, Series 2006-SD2** ("Movant"), by and through its undersigned counsel, and moves for *in rem* relief from the automatic stay, pursuant to 11 USC §362(d) and 11 USC §1301. In support thereof, Movant states as follows:

1. On January 29, 2014, the Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code.

2. Jurisdiction in this cause is granted to the Court, pursuant to 28 U.S.C. §1334, 11 U.S.C. §362 Relief from Co Debtor Stay is appropriate pursuant to 11 USC §1301 and all other applicable rules and statutes affecting the jurisdiction of the Court generally.

3. On October 29, 2013 the Circuit Court of the Seventeenth Judicial Circuit entered a Final Judgment of Mortgage Foreclosure in favor of the Movant—a true and correct copy of which is attached hereto as Exhibit "A"—in the amount of **$358,966.08** related to the following real property located in Broward County, Florida to wit:

> LOT 22, BLOCK 4, OF PLANTATION PARK 10TH ADDITION, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 55, PAGE 21, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.

**PROPERTY ADDRESS: 561 SW 60th Ave, Plantation, FL 33317** ("Subject Property)

4. According to Debtor's Schedule C, property is claimed as exempt.

5. Pursuant to Debtor's First Amended Plan [DE#35], the Debtor proposed participation in the Mortgage Modification Mediation Program.

6.  On July 8, 2014, the Debtor filed a Verified Motion for Referral to Loss Mitigation Mediation [DE#37] with respect to the property described above.  The Order Granting the Verified Motion for Referral to Loss Mitigation Mediation was entered on July 30, 2014. [DE #40].

7.  On August 26, 2014 the First Amended Plan was confirmed. [DE#45].

8.  The Final Report of Loss Mitigation Mediator [DE #55] was filed with the Court, on September 17, 2015 indicating an agreement was <u>not</u> reached between the parties.

9.  Pursuant to the Mortgage Modification Mediation Guidelines and Procedures; Debtor(s) are required to file an amended or modified plan, proposing to cure[1] or surrender the collateral fourteen (14) days after the Final Report.

10. To date, the Debtor has not filed a modified plan to provide <u>separate</u> treatment for the Subject Property

11. The value pursuant to Schedule "D" is **$220,000.00**, there is no equity in the property considering the pre-petition Final Judgment Order in the amount of **$358,966.08**

12. The value of the above collateral is insufficient to provide adequate protection to Movant.  It would be inequitable to permit the Debtor to retain the collateral, as there is no equity in the collateral and it is not necessary for an effective reorganization.

13. Movant's post-petition payment address is: Wells Fargo Bank, N.A., Attention: Payment Processing/MAC #X2302-04C, One Home Campus, Des Moines, IA 50328

14. If Movant is not permitted to enforce its security interest in the collateral or provided with adequate protection, it will suffer irreparable injury, loss and damage.

15. Once the stay is terminated, Debtor will have minimal motivation to insure, preserve, or protect the collateral.  Therefore, Movant requests that the Court waive the 14-day stay imposed by Fed. R. Bankr. P. 4001(a)(3).

*(Space Intentionally Left Blank)*

---

[1] Movant has filed **POC 5** indicating arrears of **$100,685.57**, and ongoing payment of **$2,828.08.**

16. Movant requests this Court to allow future communications with the Debtor in order to offer and provide information regarding loss mitigation options, including, but not limited to, forbearance, loan modification, refinance, and deed in lieu of foreclosure. Movant acknowledges that such communications shall be limited, and it shall not enforce or threaten to enforce any personal liability against the Debtor that is discharged in this bankruptcy.

WHEREFORE, **The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD2, Asset-Backed Certificates, Series 2006-SD2** respectfully requests the Court enter an order:

a. Relief from the automatic stay *in rem*;

b. permitting Movant to take any and all steps necessary to exercise any and all rights it may have in the collateral described herein;

c. allowing Movant to gain possession of said collateral; and

d. granting such further relief as the Court deems just and appropriate.

### CERTIFICATION PURSUANT TO LOCAL RULE 9011-4

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in the Local Rules.

> Jeffrey S. Fraser, Esq.
> **Albertelli Law**
> Attorney for Secured Creditor
> PO Box 23028
> Tampa, FL 33623
> Telephone: (813) 221-4743 ext.2499
> Facsimile: (813) 221-9171
> Bkfl@albertellilaw.com
> Alternate Email: jfraser@alaw.net
>
> By:     /s/ *Jeffrey S. Fraser, Esq.*
> Jeffrey S. Fraser, Esq.
> Florida Bar No.: 0085894

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via electronic and/or Regular U.S. Mail to the parties listed on the attached service list, this 2nd day of December 2016.

>Jeffrey S. Fraser, Esq.
**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743 ext.2499
Facsimile: (813) 221-9171
Bkfl@albertellilaw.com

>By: /s/ Jeffrey S. Fraser, Esq.
Jeffrey S. Fraser, Esq.
Florida Bar No.: 0085894

**SERVICE LIST**

Ralph L Sanders
561 SW 60 Ave
Plantation, FL 33317

Robin R Weiner
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130