

**ORDERED in the Southern District of Florida on January 12, 2017.**

John K. Olson, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN RE:                                   **CASE NO 14-12147-JKO**
RALPH L. SANDERS             **CHAPTER: 13**

      **DEBTOR(S).**
_____/

### ORDER CONTINUING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**THIS CASE** came before the Court for a hearing on January 9, 2017 upon the Motion for Relief from the Automatic Stay (On Basis of Final Report MMM Indicating Not Agreement) filed by ***The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD2*** ("Movant") on December 2, 2016 (DE #68).  The Court hearing argument of counsel and being otherwise fully advised on the premises, it is:

      **ORDERED:**

      1.     The hearing on the Motion for Relief from the Automatic Stay is continued to February 6, 2017 at 1:00pm at the following location:

  **U.S. Courthouse, 299 E Broward Blvd Room 301(JKO), Fort Lauderdale FL 33301**

###

***Attorney Jeffrey S. Fraser Esq., is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.***

**<u>Submitted By:</u>**
Jeffrey S. Fraser, Esq.
Albertelli Law
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743 ext.2499
Facsimile: (813) 221-9171
Bkfl@albertellilaw.com
Alternate Email: jfraser@alaw.net