**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN RE:                                    CASE NO 14-12147-JKO
RALPH L. SANDERS                 CHAPTER: 13

     DEBTOR(S).
_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of January, 2017, I served a copy of the Order Continuing Motion for Relief From the Automatic Stay filed by **The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD2** [DE#73] on the parties listed below.

                                                              JEFFREY S. FRASER, ESQ.
                                                              **Albertelli Law**
                                                              Attorney for Secured Creditor
                                                              PO Box 23028
                                                              Tampa, FL 33623
                                                              Telephone: (813) 221-4743 ext. 2499
                                                              Facsimile: (813) 221-9171
                                                              Bkfl@albertellilaw.com

                                                              By: /s/__*Jeffrey S. Fraser, Esq.* ____
                                                              Jeffery S. Fraser
                                                              Florida Bar No.:  85894

**SERVICE LIST**

Ralph L Sanders
561 SW 60 Ave
Plantation, FL 33317

Robin R Weiner
POB 559007
Fort Lauderdale, FL 33355

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130